IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD WILLIAMS                                                                          PETITIONER
ADC #78429

vs.                         Case No. 5:10CV00011 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                              RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 2nd day of December, 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE